

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-07-00208-CR

_____


VIDAL GARCIA, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 35121-B


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Vidal Garcia has appealed from his conviction on his open plea of guilty to the offense of evading detention with a vehicle. *See* TEX. PENAL CODE ANN. § 38.04(b)(1) (Vernon 2003). The trial court sentenced Garcia to two years' confinement, to run concurrently with his fifteen-year sentence in a companion appeal.[1] *See* TEX. PENAL CODE ANN. § 12.35 (Vernon Supp. 2007).

Because the issues raised in each appeal are identical, for the reasons stated in our opinion dated this day in *Garcia v. State*, cause number 06-07-00207-CR, we affirm the judgment of the trial court.

Josh R. Morriss, III
Chief Justice

Date Submitted: June 18, 2008
Date Decided: June 19, 2008

Do Not Publish

---

[1]Garcia has a companion appeal pending before this Court in cause number 06-07-00207-CR concerning his conviction for aggravated assault with a deadly weapon.